**Opinion filed August 7, 2014**



## In The

# Elebenth Court of Appeals

_____

### No. 11-14-00158-CV

_____

### LINDSEY G. HOOPER, Appellant

### V.

### EAN HOLDINGS, LLC, Appellee

**On Appeal from the County Court at Law**

**Taylor County, Texas**

**Trial Court Cause No. 22550**

### M E M O R A N D U M   O P I N I O N

Appellant, Lindsey G. Hooper, has filed in this court an unopposed motion to dismiss this appeal. Appellant states in the motion that he "no longer desires to pursue his appeal against Appellee EAN Holdings, LLC," and he requests that this court dismiss his appeal against EAN with prejudice. Hooper advises that he contacted counsel for EAN and that EAN does not oppose Hooper's motion to

dismiss.  Therefore, in accordance with Appellant's request, we dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

August 7, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.